**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01993-LTB-MEH

DARRICK ALEXANDER,

    Plaintiff,

v.

CHRISTOPHER FOEGEN #95056, Denver Police,
GERRY WHITTMAN, Denver Police Chief,
JOHN LAMB, Commander, Internal Affairs,
RICHARD ROSENTHAL, Independent Monitor,
JOHN HICKENLOOPER, Denver Mayor, and
JANE AND JOHN DOE, Denver Police,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on December 28, 2010 (Doc 25). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Request to Reconsider Courts Order to Defendants in Their Official and Their Individual Capacities (Doc 19) is DENIED.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   January 14, 2011