IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01993-LTB-MEH

DARRICK ALEXANDER,

    Plaintiff,

v.

CHRISTOPHER FOEGEN #95056, Denver Police,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 20, 2011.**

    Plaintiff's Motion to Alter and/or Amend [filed January 18, 2011; docket #32] is **denied without prejudice**.  It appears to the Court that Plaintiff seeks to add the City and County of Denver as a defendant.  Rule 59(e) is not a proper basis for a motion to amend to add a defendant.  Moreover, Plaintiff did not include a proposed Second Amended Complaint for the Court's (and Defendant's) review.