IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01993-LTB-MEH

DARRICK ALEXANDER,

      Plaintiff,

v.

CHRISTOPHER FOEGEN #95056, Denver Police,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2011.**

      Plaintiff's Motion to Request Permission to Amend the Complaint and Add Defendant(s) [filed February 4, 2011; docket #39] is **denied without prejudice**.  Defendant may refile his motion and must include a proposed Second Amended Complaint for the Court's (and Defendant's) review.