**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01993-LTB-MEH

DARRICK ALEXANDER,

    Plaintiff,

v.

CHRISTOPHER FOEGEN #95056, Denver Police,

    Defendant.

---

**ORDER**

---

This case is before me on the Amended Recommendation (Doc 56) of the Magistrate Judge that Defendant Christopher Foegen's Motion to Dismiss (Doc 20) be granted and Plaintiff's Amended Complaint be dismissed with prejudice as barred by the applicable statute of limitations. The Plaintiff has filed his Objections to this Recommendation. The objections are timely. Plaintiff has also filed his Motion to Amend the Objections to the Magistrate Judge's Recommendation (Doc 61) on April 20, 2011. Although the Motion to Amend may not be timely, I will nevertheless grant it. I have therefore reviewed the Recommendation *de novo* in light of the Plaintiff's Objections to it. On *de novo* review, I conclude that the Recommendation is correct. Accordingly

IT IS ORDERED that Defendant's Motion to Dismiss the Amended Complaint (Doc 20) is GRANTED and Plaintiff's Amended Complaint (Doc 10) is DISMISSED WITH PREJUDICE as barred by the applicable statute of limitations.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   April 25, 2011