**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01993-LTB-MEH

DARRICK ALEXANDER,

    Plaintiff,

v.

CHRISTOPHER FOEGEN #95056, Denver Police,

    Defendant.

---

**ORDER**

---

Upon Plaintiff's pro se Petition for Reconsideration of Court's Decision (Doc 65 - filed May 9, 2011), it is

ORDERED that the Petition is DENIED.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   June 16, 2011